1

**JS-6**

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   Peter S. Jennings,            )   Case No. **CV 09-7151-JFW (SSx)**
                                    )
12              Plaintiff,          )   **ORDER DISMISSING CIVIL ACTION**
                                    )
13        v.                        )
                                    )
14   Hartford Life Insurance        )
     Company, et al.,               )
15                                  )
                Defendants.         )
16   _____)

17

18

19        THE COURT has been advised by counsel that this action

20   has been settled, or is in the process of being settled.

21        IT IS THEREFORE ORDERED that this action is hereby

22   dismissed without prejudice to the right, upon good cause

23   shown within 30 days, to re-open the action if settlement is

24   not consummated.  During this 30 day period, this Court

25   retains full jurisdiction over this action and this Order

26   shall not prejudice any party to this action.

27   / / /

28   / / /

1       In the event a motion or *ex parte* application to re-open

2  is not filed within 30 days, the dismissal of this action

3  will be with prejudice.

4

5  Dated: March 26, 2010

                                          _____
6                                          JOHN F. WALTER
                                          United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28